**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eddie L. FULTON, Defendant–**
**Appellant.**

**No. 07–10491**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 30, 2007.

Nathan Dorlan Clark, Coral Reef Law Offices, P.A., Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Nathan Clark, appointed counsel for Eddie Fulton in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Fulton's convictions and sentences are **AFFIRMED.**